# Exhibit 2

## STATE OF WISCONSIN
## PHARMACY EXAMINING BOARD   # WARN00000805

### ADMINISTRATIVE WARNING
Division of Legal Services and Compliance Case Number 17 PHM 095

This administrative warning is issued by the Pharmacy Examining Board (Board) to Walmart Pharmacy # 10-1650 (license number 8132-42), 825 East Green Bay, Saukville, WI 53080, pursuant to Wis. Stat. § 440.205. The Board makes the following findings:

1) There is evidence of professional misconduct by Walmart Pharmacy # 10-1650, to wit:

   a. On May 17, 2017, Walmart Pharmacy # 10-1650 (Pharmacy) informed a local clinic that the Pharmacy would no longer fill controlled substance prescriptions from that clinic due to concerns of overprescribing.

   b. The broad prohibition above deterred pharmacists at the Pharmacy from exercising their independent clinical judgment regarding dispensing controlled substances pursuant to a prescription order.

2) This misconduct is a first occurrence for Walmart Pharmacy # 10-1650.

3) This misconduct is a minor violation of Wis. Admin. Code § Phar 10.03(2).

4) Issuance of this administrative warning will adequately protect the public and no further action is warranted.

The Board issues this administrative warning and hereby puts Walmart Pharmacy # 10-1650 on notice that any subsequent similar violation may result in disciplinary action. The investigation of this matter, case number 17 PHM 095, is closed.

Date: 12/6/18

Signature of authorized representative for the Pharmacy Examining Board

### Right to Review

You may obtain a review of this administrative warning by filing a written request with the Pharmacy Examining Board within twenty (20) days of mailing of this warning. The review will offer the credential holder an opportunity to make a personal appearance before the Board.

*The record that this administrative warning was issued is a public record.*
*The content of this warning is private and confidential.*
*This administrative warning does not constitute an adjudication of guilt or the imposition of discipline.*