UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WALMART INC. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-817-SDJ |
| | § | |
| U.S. DRUG ENFORCEMENT | § | |
| ADMINISTRATION, ET AL. | § | |

# ORDER

Before the Court is the Unopposed Motion by the Association of American Physicians & Surgeons to File Brief as *Amicus Curiae* in Support of Plaintiff and Its Motion for Partial Summary Judgment. (Dkt. #47). Having considered the unopposed motion and the relevant law, the Court finds that good cause exists to **GRANT** the requested relief.

It is therefore **ORDERED** that the Brief of *Amicus Curiae* Association of American Physicians & Surgeons in Support of Plaintiff and in Support of Its Motion for Partial Summary Judgment, (Dkt. #48), is deemed properly filed.

**So ORDERED and SIGNED this 8th day of December, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE