UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WALMART INC. | § |
| | § |
| v. | § CIVIL NO. 4:20-CV-817-SDJ |
| | § |
| U.S. DRUG ENFORCEMENT | § |
| ADMINISTRATION, ET AL. | § |

## ORDER

Before the Court are three pending motions: Walmart's Motion for Partial Summary Judgment, (Dkt. #21), the Government's Motion to Dismiss for Lack of Jurisdiction, (Dkt. #43), and the Government's Motion to Stay Partial Summary Judgment Briefing, (Dkt. #44).[1] Walmart has responded in opposition to the Government's Motion to Stay Partial Summary Judgment Briefing. (Dkt. #46). Having received these motions and conducted a status conference with the parties on December 7, 2020, the Court will proceed as follows.

It is hereby **ORDERED** that the Government's deadline to respond to Walmart's Motion for Partial Summary Judgment is **STAYED** pending further order of the Court. It is further **ORDERED** that Walmart's deadline to respond to the Government's Motion to Dismiss for Lack of Jurisdiction is **STAYED** pending further order of the Court.

---

[1] Plaintiff Walmart Inc. has sued the following Defendants: the U.S. Department of Justice; William Barr, Attorney General of the United States, in his official capacity; the U.S. Drug Enforcement Administration (DEA); and Timothy Shea, Acting Administrator of the DEA, in his official capacity. This Order refers to Defendants collectively as "the Government."

Once the Government's Motion to Stay Partial Summary Judgment Briefing has been adjudicated, the Court will enter an order addressing the briefing schedule for Walmart's Motion for Partial Summary Judgment and the Government's Motion to Dismiss for Lack of Jurisdiction.

**So ORDERED and SIGNED this 8th day of December, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE