UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WALMART INC. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-817-SDJ |
| | § | |
| U.S. DEPARTMENT OF JUSTICE, | § | |
| ET AL. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Amend Briefing Schedule Regarding Defendants' Motion to Dismiss. (Dkt. #64). Having found good cause, the Court concludes that the joint motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Response to Defendants' Motion to Dismiss, (Dkt. #43), is due no later than January 6, 2021, and that Defendants' Reply is due no later than nine days after Plaintiff has filed its Response.

**So ORDERED and SIGNED this 18th day of December, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE