UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WALMART INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-817-SDJ |
| | § | |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss for Lack of Jurisdiction. (Dkt. #43). It is **ORDERED** that the motion is set for oral argument on **Tuesday, January 26, 2021, at 10:00 a.m.** at the United States Courthouse located at 7940 Preston Road, Courtroom 105, Plano, Texas. If any counsel wish to attend by videoconference due to concerns about COVID-19 or any other extenuating circumstances, the Court will accommodate the request and videoconference instructions will be emailed to counsel.

**So ORDERED and SIGNED this 15th day of January, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE