UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WALMART INC. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-817-SDJ |
| | § | |
| U.S. DEPARTMENT OF JUSTICE, | § | |
| ET AL. | § | |

## ADVISORY CONCERNING HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION

Before the Court is Defendants' Motion to Dismiss for Lack of Jurisdiction, (Dkt. #43), which is set for hearing on Tuesday, January 26, 2021. At the hearing, the Court will consider and hear argument on all issues relevant to the Motion. However, the parties are advised that the following issues raised by the briefing and pleadings in this case are of particular interest to the Court in resolving the Motion:

(1) The specific agency action(s) that Plaintiff Walmart Inc. challenges and that could support the waiver of sovereign immunity under 5 U.S.C. § 702.

(2) The distinction, if any, between Walmart's challenge to agency action(s) and the programmatic challenges for which, courts have held, Congress has not waived sovereign immunity.

(3) Whether Walmart must challenge a "final agency action" for a ripe case or controversy to exist in a pre-enforcement declaratory action, and, if so, what may constitute "final agency action" in the context of this case.

(4) Whether Walmart is attempting to assert a cause of action under *Ex parte Young*, 209 U.S. 123 (1908), and, if so, whether *Ex parte Young* applies in this case.

1

2

**So ORDERED and SIGNED this 22nd day of January, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE