# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**WALMART INC.**

v.                                                                                          Case No. 4:20cv817

**U.S. DEPARTMENT OF JUSTICE ET AL**

PLAINTIFF:  Clyde Siebman, Benjamin Mizer, Jason Varnado
           Karen Hewitt, David Ogden (by video)

DEFENDANT: Kate Talmor (by video)

Also appearing: Peter Weinberger (by video)

    This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 1/26/21.

**Motion Hearing (Motion to Dismiss de#43)**

| Time | Event |
|---|---|
| 10:03 am | The court called the case, noting the appearance of counsel and parties. |
| 10:05 am | The court takes up the Motion to Dismiss (de#43). |
| 10:07 am | Ms. Talmor presents argument to the Court for the Defense |
| 10:26 am | Mr. Mizer presents argument to the Court for the Plaintiff. |
| 11:13 am | Ms. Talmor presents rebuttal and further argument to the Court. |
| 11:53 am | Mr. Mizer addresses questions from the Court. |
| 11:57 am | Court recessed until 12:10 pm. |

| | |
|---|---|
| 12:10 pm | Court resumes.  Final argument by Mr. Mizer. |
| 12:19 pm | Final argument by Ms. Talmor. |
| 12:38 pm | Mr. Mizer addresses questions from the Court. |
| 12:43 pm | Response by Ms. Talmor. |
| 12:46 pm | Further briefs to be filed by the end of the week, no more than 10 pages. |
| 12:47 pm | Court adjourned. |