UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WALMART INC. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-817-SDJ |
| | § | |
| U.S. DEPARTMENT OF JUSTICE, | § | |
| ET AL. | § | |

## ORDER

On January 26, 2021, the Court heard argument from the parties regarding Defendants' Motion to Dismiss. At that hearing, the parties requested leave to file supplemental briefing on the dismissal motion. The Court hereby **ORDERS** that both Plaintiff and Defendants may file one supplemental brief each comprising no more than **ten pages** no later than **Friday, January 29, 2021.**

**So ORDERED and SIGNED this 26th day of January, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE