UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WALMART INC. | § |
| | § |
| v. | § CIVIL NO. 4:20-CV-817-SDJ |
| | § |
| U.S. DEPARTMENT OF JUSTICE, | § |
| ET AL. | § |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order, (Dkt. #79), granting Defendants' Motion to Dismiss for Lack of Jurisdiction, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

It is hereby **ORDERED, ADJUDGED, and DECREED** that Plaintiff Walmart Inc.'s claims are **DISMISSED** for lack of subject-matter jurisdiction. Each party shall bear its own costs.

All relief not granted in this Final Judgment is **DENIED**.

The Clerk of the Court is directed to close this civil case.

**So ORDERED and SIGNED this 22nd day of February, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE